UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

A. KIYANITZA,

                                **Plaintiff,**                    19-CV-10909 (MKV)(SN)

                     -against-                                <u>**ORDER**</u>

HEEL TO TOE FOOT CENTER, LLC, et al.,

                                **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the initial pretrial conference scheduled for Thursday, March 19, 2020, at 3:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

                                                                                 _____
                                                                                 SARAH NETBURN
DATED:    March 12, 2020                           United States Magistrate Judge
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020