```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. KIYANITZA,

                Plaintiff,

-against-

HEEL TO TOE FOOT CENTER, LLC,
PINCHAS KALANTAROV, and NINA
ANDROSOVA,

                Defendants.

1:19-cv-10909-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      It having been reported to this Court by MEDIATOR on August 18, 2020, that the parties represent that they have reached settlement on all issues in this case, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 21, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: August 21, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**